

REHEARING MOTION GRANTED

MAY 18, 1959

Reap. Dec. 9431.—Hudson Shipping Co., Inc. *v.* United States, 
—
Motion by plaintiff.

(Reap. Dec. 9432)

W. J. BYRNES & Co. *v.* UNITED STATES

Entry No. 12428.

(Decided May 26, 1959)

*Lawrence & Tuttle* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain cigarette lighters exported from Japan and entered at the port of San Francisco, Calif.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the merchandise in question is export value, as defined in section 402(d) of the Tariff Act of 1930, and that such statutory value for these cigarette lighters is $1.86 per dozen ex-factory, plus packing, and I so hold.

Judgment will be rendered accordingly.

(Reap. Dec. 9433)

STATES MERCANTILE COMPANY ET AL. *v.* UNITED STATES

Entry No. 15478, etc.

(Decided May 26, 1959)

*Lawrence & Tuttle* for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement enumerated in schedule "A," hereto attached and made a part hereof, are before me for decision on the following stipulation:

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiffs and the Assistant Attorney General for the United States, subject to the approval of the Court: